| ATTORNEY GRIEVANCE COMMISSION | * | IN THE COURT OF APPEALS |
| OF MARYLAND | * | OF MARYLAND |
| | * | |
| Petitioner, | * | Misc. Docket AG No. 50 |
| | * | September Term, 2013 |
| v. | * | |
| | * | IN THE CIRCUIT COURT FOR |
| SANDY F. THOMAS-BELLAMY | * | PRINCE GEORGE'S COUNTY |
| | * | |
| Respondent. | * | Case No.   CAE13-31946 |
| | * | |
| | * | |

### ORDER

The Court of Appeals of Maryland, having considered the Joint Petition For Indefinite Suspension By Consent of the Attorney Grievance Commission of Maryland and Respondent, Sandy F. Thomas-Bellamy, Esq., it is this 28th day of March, 2014;

**ORDERED**, that Respondent be, and hereby is, Indefinitely Suspended from the practice of law in the State of Maryland; and it is further

**ORDERED**, that Respondent shall not apply for reinstatement of her right to practice law earlier than six (6) months from the commencement of the suspension; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Sandy F. Thomas-Bellamy, from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d).

/s/ Glenn T. Harrell, Jr.
Senior Judge